UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PLAQUEMINES PARISH, et al                    CIVIL ACTION

VERSUS                                        NO.: 18-5210

HILCORP ENERGY COMPANY, et al                 SECTION: G/2

## ORDER TRANSFERRING CASE

The Court has been informed that the above-captioned matter is related to Civil Action

No. 13-6727, *Plaquemines Parish vs Hilcorp Energy Company, et al,* currently allotted to

Section F/4 of this Court.

Accordingly, **IT IS ORDERED** that this matter is hereby transferred to Section F/4.

New Orleans, Louisiana, this __25th__ day of May 2018.

NANNETTE JOLIVETTE BROWN
CHIEF UNITED STATES DISTRICT JUDGE

5/25/18
TRANSFERRED TO
**SECT. FMAG 4**