# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE PARISH OF PLAQUEMINES** | * | **CIVIL ACTION NO.:  2:18-cv-05210-** |
| | * | **MLCF-KWR** |
| **Plaintiff,** | * | |
| | * | |
| **VERSUS** | * | **JUDGE:  MARTIN L.C. FELDMAN** |
| | * | |
| **HILCORP     ENERGY     COMPANY,** | * | |
| **CHEVRON   U.S.A.   HOLDINGS   INC.,** | * | **MAGISTRATE JUDGE: KAREN** |
| **ANADARKO   E&P   ONSHORE,   LLC,** | * | **WELLS ROBY** |
| **SHELL     OIL     COMPANY,     SHELL** | * | |
| **OFFSHORE INC., GULF PRODUCTION** | * | **JURY TRIAL DEMANDED** |
| **COMPANY,   INC.,    TENNESSEE GAS** | * | |
| **PIPELINE   COMPANY,   L.L.C.,   BP** | * | |
| **AMERICA   PRODUCTION   COMPANY,** | * | |
| **CONOCOPHILLIPS  COMPANY,  THE** | * | |
| **LOUISIANA          LAND          AND** | * | |
| **EXPLORATION     COMPANY     LLC,** | * | |
| **FREEPORT-MCMORAN   OIL   &   GAS** | * | |
| **LLC,  JUNE  ENERGY,  INC.,  VIRGIN** | * | |
| **OFFSHORE  U.S.A.,  INC.,  ROYAL "T"** | * | |
| **OIL        CO.,        INC.,        CITIZENS** | * | |
| **COMMUNICATIONS  COMPANY,  LGS** | * | |
| **NATURAL    GAS    COMPANY,    AND** | * | |
| **DEVON     ENERGY     PRODUCTION** | * | |
| **COMPANY, L.P.,** | * | |
| | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## HILCORP ENERGY COMPANY'S CORPORATE DISCLOSURE STATEMENT

Defendant Hilcorp Energy Company ("Hilcorp") hereby files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.  Hilcorp Energy Company is a privately held company and does not have a parent corporation.

Respectfully submitted,


*/s/ Craig Isenberg*
Craig Isenberg, 29603, T.A.
David N. Luder, 33595
Christine M. Calogero, 36818
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
Telephone:  504-589-9700
Facsimile:  504-589-9701
cisenberg@barrassousdin.com
dluder@barrassousdin.com
ccalogero@barrassousdin.com

*Attorneys for Hilcorp Energy Company*


## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.


*/s/ Craig Isenberg*

1476344_1

2