UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

THE PARISH OF PLAQUEMINES, ET AL     *     CIVIL ACTION

VERSUS     *     NO. 18-5210

HILCORP ENERGY COMPANY, ET AL     *     SECTION "F"

ORDER OF RECUSAL

In accordance with Title 28, Section 455, the undersigned hereby disqualifies himself from handling this matter; accordingly,

IT IS ORDERED that the Clerk of Court reallot this matter to another Section of this Court.

New Orleans, Louisiana, June 6, 2018.

6/7/18

REALLOTTED TO

**SECT. L**

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE