## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**PLAQUEMINES PARISH, ET AL.**                    **CIVIL ACTION**

**VERSUS**                                         **NO. 18-5210**

**HILCORP ENERGY**                                 **SECTION "E" (4)**
**COMPANY, ET AL.**

## ORDER RE-ALLOTTING CASE

In accordance with Title 28 U.S.C. § 455, the Court disqualifies itself from acting

herein, accordingly;

**IT IS ORDERED** that the Clerk of the Court re-allot this matter to another section

of the Court.

**New Orleans, Louisiana, this 15th day of June, 2018.**


_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

6/15/18
REALLOTTED TO
**SECT. I**