UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PARISH OF PLAQUEMINES                          CIVIL ACTION

VERSUS                                         No. 18-5210

HILCORP ENERGY CO. ET AL.                      SECTION I

## ORDER

Considering the motion[1] filed by defendants Chevron U.S.A. Inc., Chevron U.S.A. Holdings, Inc., Shell Oil Company, Shell Offshore Inc., ConocoPhillips Company, The Louisiana Land and Exploration Company LLC, and BP America to stay the above-captioned matter pending a determination by the Judicial Panel on Multidistrict Litigation ("MDL Panel") as to whether this case is appropriate for transfer and consolidated proceedings,

**IT IS ORDERED** that the motion is **GRANTED** and that the above-captioned matter is **STAYED** and **ADMINISTRATIVELY CLOSED** pending a decision of the MDL Panel.[2]

New Orleans, Louisiana, June 15, 2018.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 27.
[2] *See Jefferson Parish v. Exxon Mobil Corp.*, No. 18-5257, R. Doc. No. 25, Section II (E.D. La. June 11, 2018) (Brown, J.) (granting motion to stay in related litigation and giving reasons).