UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PLAQUEMINES PARISH, ET AL**                              **CIVIL ACTION**

**VERSUS**                                                  **NO. 18-5210**

**HILCORP ENERGY COMPANY, ET AL**                          **SECTION: "I" (4)**

### O R D E R

It has come to my attention that myself and/or my spouse own stock in Blackrock, Inc., previously identified as the corporate parent for defendants, LGS Natural Gas Company and Frontier Communications Corporation, and Chevron Corporation, previously identified as the corporate parent for defendants, Chevron U.S.A. Holdings, Inc. and Chevron U.S.A. Inc. The ownership of this stock has not affected or impacted any decision in this case.

Canon 3C(1)(c) of the Code of Conduct for United States Judges provides that a "judge shall disqualify . . . in a proceeding in which the judge's impartiality might reasonably be questioned, including but not limited to instances in which: . . . the judge knows that the judge . . . has a financial interest in . . . a party to the proceeding . . . ."[1] Accordingly, the Court recuses itself and

**IT IS ORDERED** that the Clerk of Court reallot the above-captioned case to another section of this court. All dates remain in effect unless modified by the judge to whom this case is transferred.

New Orleans, Louisiana, this 9th day of March, 2023.

March 9, 2023
**REALLOTTED TO**
**SECT. M**

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] See also 28 U.S.C. § 455.