UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PLAQUEMINES PARISH, *et al.* | CIVIL ACTION |
| VERSUS | NO. 18-5210 |
| HILCORP ENERGY COMPANY, *et al.* | SECTION M (4) |

## ORDER

Pursuant to 28 U.S.C. § 455, the Court recuses itself from the captioned case. Accordingly,

IT IS ORDERED that the Clerk of Court reallot the captioned case to another section of this court.

New Orleans, Louisiana, this 13th day of March, 2023.

March 13, 2023
REALLOTTED TO
**SECT. J**

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE