UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PLAQUEMINES PARISH, ET AL.                          CIVIL DOCKET

VERSUS                                                       No. 18-5210

HILCORP ENERGY COMPANY,                          SECTION: "J"(4)
ET AL.

**ORDER**

Pursuant to 28 U.S.C. § 455, the Court recuses itself from the above-captioned case. Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court reallot this case to another section of this court.

New Orleans, Louisiana, this 14th day of March, 2023.

March 14, 2023
REALLOTTED TO
**SECT. D**

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE