UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PARISH OF PLAQUEMINES, ET AL.          *          CIVIL ACTION

VERSUS                                 *          NO. 18-5210

HILCORP ENERGY COMPANY, ET AL.         *          SECTION "D" (4)

ORDER OF RECUSAL

In accordance with Title 28, Section 455(b)(4), of the U.S. Code and Canon 3 of the Code of Conduct for the United States Judges, the undersigned hereby disqualifies herself from handling this matter.   Accordingly,

IT IS ORDERED that the Clerk of Court reallot this matter to another Section of this Court.

New Orleans, Louisiana, this 14TH day of March, 2023.

WENDY B. VITTER
United States District Judge

March 14, 2023
REALLOTTED TO
**SECT. H**