UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PLAQUEMINES PARISH                                        CIVIL ACTION

VERSUS                                                   NO. 18-5210

HILCORP ENERGY COMPANY, ET AL.                           SEC. "H" (4)


**RECUSAL ORDER**

The undersigned U.S. District Judge recuses herself from handling the above-captioned case. Accordingly,

**IT IS ORDERED** that the above-captioned matter be re-allotted to another section of this Court pursuant to 28 U.S.C. § 455(a).


New Orleans, Louisiana, this 15th day of March, 2023.


_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE


March 15, 2023
REALLOTTED TO
**SECT. A**