UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PLAQUEMINES PARISH

CIVIL ACTION

VERSUS

NO: 18-5210

HILCORP ENERGY CO., ET AL.

SECTION: "A" (4)

In accordance with 28 U.S.C. § 455(a) and § 455(b), the Court disqualifies itself from this matter.

Accordingly,

**IT IS ORDERED** that the Clerk of Court re-allot this matter to another section.

March 16, 2023

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

3/20/23
REALLOTTED TO
**SECT. T**