UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS DIVISION)

| | | |
|---|---|---|
| **THE PARISH OF PLAQUEMINES,** | * | CIVIL ACTION NO. 2:18-CV-05210 |
| | * | |
| Plaintiff, | * | JUDGE GREG GERARD GUIDRY |
| | * | |
| versus | * | MAGISTRATE JUDGE KAREN WELLS |
| | * | ROBY |
| **HILCORP ENERGY COMPANY, et al.,** | * | |
| | | SECTION "T" |
| Defendants. | | |

### ORDER AND REASONS

The Court has before it a Motion filed by Defendants Shell Offshore, Inc. and Shell Oil Company's (collectively, "Shell") to lift the stay of the above-captioned action for the limited purpose of allowing it to file a Motion to Dismiss. R. Doc. 125. Shell asserts all claims raised against it herein by Plaintiff Plaquemines Parish have been settled. *Id.* However, the Court ordered this matter be stayed pending the Fifth Circuit's ruling in *Plaquemines Parish v. BP America Prod. Co.*, understanding decision in that appeal to be dispositive of the issue raised by Plaintiff's yet-pending Motion to Remand (R. Doc. 115). R. Doc. 124. The Fifth Circuit recently released an opinion in *Plaquemines Parish* in which it rejected arguments made by Defendants in their joint opposition to Plaintiff's Motion to Remand. R. Doc. 117; *see Plaquemines Parish v. BP America Prod. Co.*, 2024 WL 2746246, at *13–14 (5th Cir. May 29, 2024). Accordingly;

**IT IS ORDERED** that the Motion is **GRANTED IN PART** and that the stay of this matter is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that all parties to this action shall file, jointly or separately, and no later than June 28, 2024, a memorandum of no more than seven pages explaining the impact

1

of the Fifth Circuit's ruling in *Plaquemines Parish* on this case, addressing in particular whether there exists any basis under which the Court may continue to assert jurisdiction over this matter, or whether Plaintiff's Motion to Remand must now be granted.

New Orleans, Louisiana, this 11th day of June, 2024.

_____
Greg Gerard Guidry
United States District Judge