**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**(NEW ORLEANS DIVISION)**

| | | |
|---|---|---|
| **THE PARISH OF PLAQUEMINES,** | * | **CIVIL ACTION NO. 2:18-CV-05210** |
| | * | |
| **Plaintiff,** | * | **JUDGE BRANDON S. LONG** |
| | * | |
| **versus** | * | **MAGISTRATE JUDGE KAREN WELLS** |
| | * | **ROBY** |
| **HILCORP ENERGY COMPANY, et al.,** | * | |
| | | **SECTION "O"** |
| **Defendants.** | | |

## NOTICE OF UPCOMING FIFTH CIRCUIT ARGUMENT

In light of Plaintiffs' pending motion to remand this case to state court, Defendants Chevron U.S.A. Inc. and Chevron U.S.A. Holdings Inc. provide notice that the Fifth Circuit has set oral argument on August 5 in a related case: *Plaquemines Parish v. ConocoPhillips*, Case No. 23-30336 (5th Cir.). *See* Exhibit A.

*Plaquemines Parish v. ConocoPhillips* is an appeal of the remand order in *Plaquemines Parish v. Rozel Operating Company*, Case No. 2:18-CV-5189 (E.D. La.). An expert report served in *Rozel*, and adopted as the State's position in all related cases—including this case—is the factual basis for the Supreme Court's recent holding that "the Fifth Circuit erred in concluding at this stage that the suit against Chevron was not 'for or relating to' its performance of federal duties." *Chevron USA, Inc. v. Plaquemines Parish*, 146 S. Ct. 1052, 1063 (2026).

The Fifth Circuit's resolution of the *Rozel* case will resolve at least some aspects of Plaintiffs' pending motion in this case. Specifically, the Supreme Court did not decide the "colorable federal defense" element of federal officer jurisdiction, and Chevron anticipates that

this element will be addressed by the parties in oral argument on August 5, and by the Fifth Circuit in a subsequent opinion.

Because of the expected Fifth Circuit ruling in this case, the district court in *Plaquemines v. Total*, Case No. 18-CV-5256 (*i.e.*, the specific case in which the Supreme Court issued its opinion)—after "having been informed of the expedited briefing schedule and oral argument scheduled in the Fifth Circuit in one of the related cases"—dismissed without prejudice a request for supplemental briefing and administratively closed the matter, to be "reopened upon motion of any party once a decision is rendered by the Fifth Circuit in the related case." Exhibit B.

Dated: July 14, 2026

Respectfully submitted:

*/s/ Alexandra White*
Alexandra White (#29478)
lwhite@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
Eric J. Mayer (#14184)
emayer@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

**KEAN MILLER LLP**
Charles S. McCowan III (#19699)
trey.mccowan@keanmiller.com
Pamela R. Mascari (#25162)
pam.mascari@keanmiller.com
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

-and-

**KEAN MILLER LLP**

Michael R. Phillips (#21020)
mike.phillips@keanmiller.com
Claire E. Juneau (#33209)
claire.juneau@keanmiller.com
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3951

***Attorneys for Chevron U.S.A. Inc. and Chevron U.S.A. Holdings Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2026, a copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ *Alexandra White*
Alexandra White