**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THE PARISH OF PLAQUEMINES,** | * | **CIVIL ACTION NO. 2:18-CV-05210** |
| | * | |
| **Plaintiff,** | * | **JUDGE BRANDON S. LONG** |
| | * | |
| **versus** | * | **MAGISTRATE JUDGE KAREN WELLS** |
| | * | **ROBY** |
| **HILCORP ENERGY COMPANY, et al.,** | * | |
| | | **SECTION "O"** |
| **Defendants.** | | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Chevron files this notice of supplemental authority to advise this Court that, on August 19, 2026, Judge Terry A. Doughty in the Western District of Louisiana issued a Memorandum Order in a related case denying Plaintiffs' Motion to Remand after "conclud[ing] that Chevron satisfies each element of the federal officer removal test." *Cameron Parish v. Alpine Exploration Co.*, No. 26-CV-1337, Dkt. 61 at 31. Specifically, Judge Doughty found that:

- Chevron satisfied the acting under requirement based on its predecessors' contracts with the federal government during World War II to supply avgas, *see id.* at 10–14;
- The Fifth Circuit's opinion in *Plaquemines Parish v. BP America Production Co.*, 103 F.4th 324 (5th Cir. 2024)—not its earlier opinion in *Plaquemines Parish v. Chevron USA, Inc. ("Plaquemines II")*, 2022 WL 9914869 (5th Cir. Oct. 17, 2022)—controlled the "acting under" inquiry, *see Alpine*, No. 26-CV-1337, Dkt. 61 at 14–15;
- Chevron was entitled to rely on all its predecessors' avgas contracts even if those predecessors did not produce oil within a specific Case Area during World War II that it later refined for the government, *see id.* at 15;
- Plaintiffs' suits challenging Chevron's crude oil production were related to Chevron's predecessors' avgas refining, even if one Chevron predecessor produced crude oil and other Chevron predecessors refined it into avgas, *see id.* at 16–18;

- The federal-officer-removal analysis should not be limited by Plaintiffs' drawn-for-litigation Case Areas and should instead consider Chevron's operations throughout the relevant portion of the Coastal Zone, *see id.* at 18–20;
- Chevron asserted a colorable federal preemption defense, *see id.* at 21–24; and
- The fact that Chevron satisfied the federal officer removal test meant that the entire case was removable as to all defendants, *see id.*at 25.

Based on the reasoning in his Memorandum Opinion, Judge Doughty also denied remand in six other cases in which Chevron is a party: (1) *Stutes v. BASF*, No. 26-CV-1336; (2) *Cameron Parish v. Bay Coquille*, No. 26-CV-1339; (3) *Cameron Parish v. BEPCO*, No. 26-CV-1340; (4) *Cameron Parish v. Ballard*, No. 26-CV-1341; (5) *Cameron Parish v. BP America*, No. 26-CV-1347; and (6) *Cameron Parish v. Brammer*, No. 26-CV-1349. *See Alpine*, No. 26-CV-1337, Dkt. 61 at 31. A copy of Judge Doughty's opinion is attached as Exhibit 1.

Dated: August 27, 2026

Respectfully submitted:

*/s/ Alexandra White*
Alexandra White (#29478)
lwhite@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
Eric J. Mayer (#14184)
emayer@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

**KEAN MILLER LLP**
Charles S. McCowan III (#19699)
trey.mccowan@keanmiller.com
Pamela R. Mascari (#25162)
pam.mascari@keanmiller.com
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

-and-

**KEAN MILLER LLP**
Michael R. Phillips (#21020)
mike.phillips@keanmiller.com
Claire E. Juneau (#33209)
claire.juneau@keanmiller.com
909 Poydras, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3951

***Attorneys for Chevron U.S.A. Inc.
and Chevron U.S.A. Holdings Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026 a copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Alexandra White*
Alexandra White